IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01493-WYD-KMT

GERALDO DE LA ROSA,

    Applicant,

v.

HOYT BRILL (Warden of CCA), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

    Applicant Geraldo De La Rosa, a prisoner in the custody of the Colorado Department of Corrections at the Kit Carson Correctional Center in Burlington, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  Respondents have filed an answer and Mr. De La Rosa has filed a traverse.

    I find that the state court record may be necessary for the resolution of this action.  Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. De La Rosa's trial in Denver District Court Case No. 04CR664. Accordingly, it is

    ORDERED that Respondents shall provide to this Court **within twenty (20) days from the date of this Order** the complete record of Mr. De La Rosa's trial in Denver District Court Case No. 04CR664.  It is

FURTHER ORDERED that the Clerk of the Denver District Court produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court.  It is

FURTHER ORDERED that the Clerk of this Court send a copy of this order to both parties and to the Clerk of the District Court for the City and County of Denver, Attn: Criminal Appeals, 1437 Bannock Street, Room 256, Denver, CO 80202.

Dated:  July 1, 2009

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel,  
Chief U. S. District Judge