FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 7 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

CIVIL ACTION NO. 08-cv-01493 WYD

GERALDO DE LA ROSA,

    Petitioner,

v.

HOYT BRILL (Warden of CCA); and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 5th day of May, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01493 WYD

Denver District Court, City and County of Denver
Denver City and County Bldg. Rm 256
1437 Bannock St.
Denver, CO 80202

Geraldo De La Rosa
# 124022
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

Susan Eileen Friedman - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/7/10  .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk